THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TODD HAGEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Delaware Corporation,<br><br>    Defendant. | No.  2:20-cv-00134-RSM<br><br>STIPULATION FOR AND AGREED ORDER AMENDING TRIAL DATE AND CASE SCHEDULE |

## I.  STIPULATION

The parties stipulate and agree as follows:

1. The parties' joint status report in this matter was filed on March 2, 2020, just before the courts began issuing pandemic-related orders and just before the governor began issuing stay at home orders.

2. The parties have endeavored to continue with discovery but discovery has definitely been delayed as a result of the pandemic.  The parties need additional time to comply with discovery deadlines and to prepare for trial.  The deposition of the plaintiff is scheduled to take place on October 26, 2020.  The parties need additional time for a

STIPULATION FOR AND AGREED
ORDER AMENDING TRIAL DATE
AND CASE SCHEDULE - 1
C:\Users\LowellWilliams\Desktop\Hagen C20-134 order amend trial date.wpd



Turner Kugler Law, PLLC

6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

1  Rule 35 physical examination, to prepare and disclose expert reports and to complete
2  other discovery.
3      3.    The parties have not previously requested a continuance.
4      4.    The parties jointly request that the court enter the subjoined order and
5  amend its order setting trial date and related dates (dkt. #7) by setting the following new
6  dates:

| | |
|---|---|
| Disclosure of expert testimony | January 8, 2021 |
| Deadline for filing motions related to discovery | January 28, 2021 |
| Discovery completed by | February 26, 2021 |
| Dispositive motion filing deadline | March 19, 2021 |
| Mediation per LCR 39.1(c)(3) | April 16, 2021 |
| Motion in limine filing deadline | May 26, 2021 |
| Agreed pretrial order due | June 9, 2021 |
| Trial briefs, proposed voir dire, jury instructions, neutral statement of the case, trial exhibits | June 16, 2021 |
| Trial | June 21, 2021 |

Dated:  October 13, 2020.

    DIXON & CANNON, LTD.

    By: _____s/ James R. Dixon_____
        James R. Dixon, WSBA # 18014
        Attorney for Plaintiff

    TURNER KUGLER LAW, PLLC

    By: _____s/ John T. Kugler_____
        John T. Kugler, WSBA # 19960
        Attorney for Defendant

STIPULATION FOR AND AGREED ORDER AMENDING TRIAL DATE AND CASE SCHEDULE - 2
C:\Users\LowellWilliams\Desktop\Hagen C20-134 order amend trial date.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

## II.  ORDER

The court has reviewed the foregoing stipulation of the parties and ORDERS that the original order setting trial date and related dates (dkt. #7) is amended as follows:

| | |
|---|---|
| Disclosure of expert testimony | January 8, 2021 |
| Deadline for filing motions related to discovery | January 28, 2021 |
| Discovery completed by | February 26, 2021 |
| Dispositive motion filing deadline | March 19, 2021 |
| Mediation per LCR 39.1(c)(3) | April 16, 2021 |
| Motion in limine filing deadline | May 26, 2021 |
| Agreed pretrial order due | June 9, 2021 |
| Trial briefs, proposed voir dire, jury instructions, neutral statement of the case, trial exhibits | June 16, 2021 |
| Trial | June 21, 2021 |

DATED:  October 13, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND AGREED ORDER AMENDING TRIAL DATE AND CASE SCHEDULE - 3
C:\Users\LowellWilliams\Desktop\Hagen C20-134 order amend trial date.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorney for Plaintiff:</u>
James Dixon
Dixon & Cannon, Ltd.
601 Union St., Ste. 3230
Seattle, WA 98101
(206) 957-2247
james@dixoncannon.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

<u>  s/ John T. Kugler           </u>
KUGLER, WSB #19960
Defendant Safeway Inc.
KUGLER LAW, PLLC
California Ave SW #454
WA 98136-1833
(206) 659-0679
john@turnerkuglerlaw.com

JOHN T. Attorney for TURNER 6523 Seattle, Telephone: E-mail:

STIPULATION FOR AND AGREED ORDER AMENDING TRIAL DATE AND CASE SCHEDULE - 4
C:\Users\LowellWilliams\Desktop\Hagen C20-134 order amend trial date.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679