THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TODD HAGEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFEWAY, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | No. 2:20-cv-00134-RSM<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims in the above-entitled matter have been fully settled and compromised and this matter may be dismissed with prejudice and without costs. The parties request that the court enter the subjoined order. Notice of presentment is waived.

Dated: April 28, 2021.

| | |
|---|---|
| DIXON & CANNON, LTD. | TURNER KUGLER LAW, PLLC |
| By: _s/ James R. Dixon_<br>　　James R. Dixon, WSBA # 18014<br>　　Attorney for Plaintiff | By: _s/ John T. Kugler_<br>　　John T. Kugler, WSBA # 19960<br>　　Attorney for Defendant |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
C:\Users\LowellWilliams\Desktop\Hagen C20-134 stip order dismissal.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

**II. ORDER**

THIS MATTER came before the court based upon the stipulation of the parties for dismissal. It is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

DATED this 28th day of April, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


PRESENTED BY:

TURNER KUGLER LAW, PLLC

By: _____s/ John T. Kugler_____
    John T. Kugler, WSBA # 19960
    Attorney for Defendant

STIPULATION FOR AND ORDER OF DISMISSAL - 2
C:\Users\LowellWilliams\Desktop\Hagen C20-134 stip order dismissal.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorney for Plaintiff:
James Dixon
Dixon & Cannon, Ltd.
601 Union St., Ste. 3230
Seattle, WA 98101
(206) 957-2247
james@dixoncannon.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

*s/ John T. Kugler*

JOHN T. KUGLER, WSB #19960

Attorney for Defendant Safeway Inc.

TURNER KUGLER LAW, PLLC

6523 California Ave SW #454

Seattle, WA 98136-1833

Telephone: (206) 659-0679

E-mail: john@turnerkuglerlaw.com

---

STIPULATION FOR AND ORDER OF DISMISSAL - 3
C:\Users\LowellWilliams\Desktop\Hagen C20-134 stip order dismissal.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679